**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7693

ANDRE LAMAR WOODY, on behalf of himself and all others
similarly situated,

                    Plaintiff - Appellant,

          v.

STATE OF NORTH CAROLINA; MIKE F. EASLEY; LEXIS PUBLISHING;
NANCY S. NASH,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. James C. Dever III,
District Judge. (2:07-cv-00032-D)

Submitted: March 20, 2008          Decided: April 17, 2008

Before GREGORY and SHEDD, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Andre Lamar Woody, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Lamar Woody appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000) and denying reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court.[*] See Woody v. North Carolina, No. 2:07-cv-00032-D) (E.D.N.C Oct. 3 and Nov. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]We also deny Woody's request for mandamus relief.